## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

HEIN HETTINGA AND ELLEN   )
HETTINGA d/b/a SARAH FARMS, *et al.*, )
             )
   **Plaintiffs,**     )
             )
   v.         )  **Civil Action No. 06-1637 (RJL)**
             )
UNITED STATES OF AMERICA,   )
             )
   **Defendant.**     )

## FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is this
15th day of March, 2011, hereby

**ORDERED** that the defendant's Renewed Motion to Dismiss [#44] is

**GRANTED**, and it is further

**ORDERED** that the above-captioned case be **DISMISSED** with prejudice.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge